In the Matter of JAMES BRUCE, Respondent, v. WESTINGHOUSE ELECTRIC CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.